UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00821-MOC

| | |
|---|---|
| JAY COOK, | |
| Plaintiff, | |
| Vs. | **ORDER and JUDGMENT OF REMAND** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

**THIS MATTER** is before the court on the Commissioner's Motion for Entry of Judgment Under Sentence Four (#16), to which plaintiff consents. Having considered such motion, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that on the Commissioner's Motion for Entry of Judgment Under Sentence Four (#16) is **ALLOWED,** and the following Judgment is entered:

### JUDGMENT

**IT IS, THEREFORE, ORDERED, ADJUDGED, and DECREED** that the final decision of the Commissioner is **REVERSED** and this matter is **REMANDED** to the Commissioner for further consideration consistent with the

Commissioner's motion, all pursuant to Sentence Four of 42 U.S.C. § 405(g). This action is otherwise **DISMISSED.**

Signed: September 4, 2013

Max O. Cogburn Jr.
United States District Judge