UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00821-MOC

| | |
|---|---|
| **JAY COOK,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **CAROLYN W. COLVIN,** Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on plaintiff's Motion for Attorney's Fees and Costs and the consent Motion for Entry of Order Accepting Parties' Agreement on Attorney Fees. Having considered such motion, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that plaintiff's Motion for Attorney's Fees and Costs (#18) and the consent Motion for Entry of Order Accepting Parties' Agreement on Attorney Fees (#19) are **ALLOWED**, and attorney's fees and costs in the amount of $6,200.00 are approved, payable to Margaret B. DeVries as assignee of plaintiff, and no other applications pursuant to 28 U.S.C. § 2412(d) shall be filed.

Signed: November 26, 2013

Max O. Cogburn Jr.
United States District Judge